**Floyd C. Schmitt, appellant, v. Minnie N. Schmitt, appellee. Minnie N. Schmitt, appellee, v. Floyd C. Schmitt, appellant. Gen. No. 6,884.**

Bill for divorce by husband on ground of desertion. Cross-bill for separate maintenance on ground of cruelty. Decree on cross-bill. Appeal from the Circuit Court of Kane county; the Hon. Mazzini Slusser, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 27, 1920.

Samuel J. Stephens and Mighell, Gunsul & Allen, for appellant. Alschuler, Putnam & Flannigan, for appellee.

Mr. Justice Heard delivered the opinion of the court.